No. 982. LOUIS MILAM ET AL. *v.* UNITED STATES. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Talley* for petitioners. No brief filed for the United States.

No. 707. MOLSIE BAILEY *v.* CLAUDE JONES ET AL. May 12, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Guy H. Sigler* for petitioner. No appearance for respondents.

No. 909. T. R. BENNETT, SUPERINTENDENT OF BANKS FOR THE STATE OF GEORGIA, *v.* JOHN E. SCHWARZ ET AL. May 12, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Georgia denied. *Mr. Paul E. Seabrook* for petitioner. *Mr. H. Wiley Johnson* for respondents.

No. 928. NICHOLAS A. DAWSON *v.* MRS. CHARLES D. GONDRAN ET AL. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles T. Wortham* for petitioner. *Mr. Percy S. Benedict* for respondents.

No. 951. YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY ET AL. *v.* H. L. COCKERHAM, ADMINISTRATOR, ETC. May 12, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Charles N. Burch* and *Mr. H. D. Minor* for petitioners. No appearance for respondent.

No. 952. SEABY PHILLIPS *v.* UNITED STATES. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Max Isaac* for petitioner. No brief filed for the United States.